| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Birts, Tamika, Roshon** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>n/a |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Tamika R. Birts, Tamika Roshon Sheriff, Tamika Birts-Sheriff** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>n/a |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**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** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>n/a |
| Street Address of Debtor (No. and Street, City, and State):<br>**5467 WEST WASHINGTON BLVD<br>CHICAGO, IL**<br>ZIP CODE **60644** | Street Address of Joint Debtor (No. and Street, City, and State):<br>n/a<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>n/a |
| Mailing Address of Debtor (if different from street address):<br>**5467 WEST WASHINGTON BLVD<br>CHICAGO, IL**<br>ZIP CODE **60644** | Mailing Address of Joint Debtor (if different from street address):<br>n/a<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **5467 WEST WASHINGTON BLVD, CHICAGO, IL** ZIP CODE **60644** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                           Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br><br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>-----------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

KENNETH S. GARDNER, CLERK
FEB 1 9 2008
FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

B 1 (Official Form 1) (1/08)

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Tamika R. Birts |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: n/a | Case Number: n/a | Date Filed: n/a |
| Location Where Filed: n/a | Case Number: n/a | Date Filed: n/a |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: n/a | Case Number: n/a | Date Filed: n/a |
| District: Northern District of Illinois | Relationship: n/a | Judge: n/a |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)                                                                                                      Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>**Tamika R. Birts** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  ___Z. K. Bts. [signature]___<br>  Signature of Debtor<br><br>X  _____<br>  Signature of Joint Debtor<br><br>  _____<br>  Telephone Number (if not represented by attorney)<br><br>  _____<br>  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X  _____<br>  (Signature of Foreign Representative)<br><br>  _____<br>  (Printed Name of Foreign Representative)<br><br>  _____<br>  Date |
| **Signature of Attorney***<br><br>X  _____<br>  Signature of Attorney for Debtor(s)<br><br>  _____<br>  Printed Name of Attorney for Debtor(s)<br><br>  _____<br>  Firm Name<br><br>  _____<br>  Address<br>  _____<br>  _____<br><br>  _____<br>  Telephone Number<br><br>  _____<br>  Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>  _____<br>  Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>  _____<br>  Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>  _____<br>  Address<br>  _____<br><br>X  _____<br>  _____<br>  Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  _____<br>  Signature of Authorized Individual<br><br>  _____<br>  Printed Name of Authorized Individual<br><br>  _____<br>  Title of Authorized Individual<br><br>  _____<br>  Date | |

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re__Tamika R. Birts_____          Case No._____
        Debtor(s)                                    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding
credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy
case, and the court can dismiss any case you do file. If that happens, you will lose whatever
filing fee you paid, and your creditors will be able to resume collection activities against
you. If your case is dismissed and you file another bankruptcy case later, you may be
required to pay a second filing fee and you may have to take extra steps to stop creditors'
collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse
must complete and file a separate Exhibit D. Check one of the five statements below and attach
any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing
from a credit counseling agency approved by the United States trustee or bankruptcy
administrator that outlined the opportunities for available credit counseling and assisted me in
performing a related budget analysis, and I have a certificate from the agency describing the
services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan
developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing
from a credit counseling agency approved by the United States trustee or bankruptcy
administrator that outlined the opportunities for available credit counseling and assisted me in
performing a related budget analysis, but I do not have a certificate from the agency describing
the services provided to me. *You must file a copy of a certificate from the agency describing the
services provided to you and a copy of any debt repayment plan developed through the agency
no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
          ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
          ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
          ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: ___2-19-08___

2

B6I (Official Form 6I) (12/07)

In re _____Tamika R. Birts_____ ,          Case No. _____
            **Debtor**                                            (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Case Manager | |
| Name of Employer | Near West Side Communities | |
| How long employed | 1 year 6 months | |
| Address of Employer 123 North Hoyne, Chicago, IL 60612 | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions | $ 2,500.00 | $ |
| 2. Estimate monthly overtime (Prorate if not paid monthly) | $ 0.00 | $ |
| 3. SUBTOTAL | $ 2,500.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 376.95 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify): Garnishment | $ 187.50 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,748.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 752.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 288.00 | $ |
| 11. Social security or government assistance (Specify): n/a | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify): Second Employment | $ 600.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 288.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 1,827.50 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 1,827.50 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re ___Tamika R. Birts_____ ,         Case No. _____
                     **Debtor**                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,100.00 |
|   a. Are real estate taxes included?   Yes ✓   No | |
|   b. Is property insurance included?   Yes   No ✓ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 225.00 |
|   b. Water and sewer | $ 35.00 |
|   c. Telephone | $ 120.00 |
|   d. Other _____ | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 67.00 |
| 4. Food | $ 245.00 |
| 5. Clothing | $ 0.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 65.00 |
| 8. Transportation (not including car payments) | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|   a. Homeowner's or renter's | $ 45.00 |
|   b. Life | $ 0.00 |
|   c. Health | $ 0.00 |
|   d. Auto | $ 0.00 |
|   e. Other _n/a_ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments)  (Specify) _n/a_ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|   a. Auto | $ 0.00 |
|   b. Other _n/a_ | $ 0.00 |
|   c. Other _n/a_ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other _n/a_ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 1,902.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|   a. Average monthly income from Line 15 of Schedule I | $ 1,827.50 |
|   b. Average monthly expenses from Line 18 above | $ 1,902.00 |
|   c. Monthly net income (a. minus b.) | $ -74.50 |

SCHEDULE OF CREDITORS

**BIRTS, TAMIKA SS#: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**          **PAGE 1 OF 9**

NATIONAL LOUIS UNIVERSITY
ACCT#: 04M1139280
124 S. MICHIGAN
CHICAGO, IL 60606

NATIONWIDE CREDIT & CO
ACCT#: 1079402XXXX
COLLECTION DEPARTMENT
9919 ROOSEVELT ROAD
WESTCHESTER, IL 60154

NATIONWIDE CREDIT & CO
ACCT#: 1079401XXXX
COLLECTION DEPARTMENT
9919 ROOSEVELT ROAD
WESTCHESTER, IL 60154

NATIONWIDE CREDIT & CO
ACCT#: 1091000XXXX
COLLECTION DEPARTMENT
9919 ROOSEVELT ROAD
WESTCHESTER, IL 60154

AMERICAN COLLECTIONS
ACCT#: 684693
COLLECTION DEPARTMENT
919 ESTES CT
SCHAUMBURG, IL 60193

SAGE TELECOM
ACCT#: 23167591009
P.O. BOX 79051
PHOENIX, AZ 85062

# SCHEDULE OF CREDITORS

**BIRTS, TAMIKA SS#: 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**                              **PAGE 2 OF 9**

AMERICAN COLLECTIONS
ACCT#: 630297
COLLECTION DEPARTMENT
919 ESTES CT
SCHAUMBURG, IL 60193


AMERICAN GENERAL
ACCT#: 5031278018877260
3632 W 95TH STREET
EVERGREEN PARK, IL 60805


BENEFICIAL/HFC
ACCT#: 410171510442
PO BOX 1547
CHESAPEAKE, VA 23327


NCO FIN
ACCT#: 1557XXXX
507 PRUDENTIAL RD
HORSHAM, PA 19044


NICOR
ACCT# 2210358783
1844 W. FERRY RD
NAPERVILLE, IL 60563


PEOPLESENE
ACCT#: 2500021550962
130 E RANDOLPH
CHICAGO, IL 60601

**SCHEDULE OF CREDITORS**

BIRTS, TAMIKA SS#: 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                          PAGE 3 OF 9

PLAINS COMMERCE BANK
ACCT#: 4185340103873401
PO BOX 5511
SIOUX FALLS, SD 57117


ACCT#: 519XXXXXX
PROFESSNL ACCT MGT IN
2040 W WISCONSIN
MILWAUKEE, WI 53233


SALLIE MAE SERVICING
ACCT#: 951325150210001
EDUCATION LOAN
PO BOX 9500
WILKES BARRE, PA 18773


SM SERV
ACCT#: 3367829021
PO BOX 9500
WILKES BARRE, PA 1877301K


STUDENT LOAN MKT ASSN
ACCT#:   336782902102K
PO BOX 9500
WILKES BARRE, PA 18773


TRIAD FINANCIAL
ACCT#: 40000148777000001
PO BOX 9500
WILKES BARRE, PA 18773


TRIAD FINANCIAL
ACCT#: 40000121962360001
PO BOX 9500
WILKES BARRE, PA 18773

**SCHEDULE OF CREDITORS**

**BIRTS, TAMIKA SS#: 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**                        **PAGE 4 of 9**

WFFINANCE
ACCT#: 5220950
1460 NW VIVAN RD
KANSAS CITY, MO 64188


WELLS FARGO FINANCIAL
ACCT#: 5220950
1460 NW VIVAN RD
KANSAS CITY, MO 64188


ILLINOIS TITLE LOANS
5201 W NORTH AVE.
CHICAGO, ILL 60639


TANNER AND JAMES INC.
37 W LOOCKERMAN STREET
DOVER, DE 19904


PROTOCOL RECOVERY SERVICES
ACCT#: 600874479
509 MERCER AVE
PANAMA CITY, FL 32401


HOUSEHOLD RENAISSANCE
509 MERCER AVE
PANAMA CITY, FL 32401


COLLECTION MASTERS
ACCT# DDA199370642068
205 W RANDOLPH
CHICAGO, ILL 60605


US BANK
ACCT#: DDA199370642068
205 W RANDOLPH
CHICAGO, ILL 60605

**SCHEDULE OF CREDITORS**

BIRTS, TAMIKA SS#: 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                                    **PAGE 5 OF 9**

ALLIED INTERSTATE
ACCT# 5658403014
P.O. BOX 369008
COLUMBUS, OH 43236


CREDITOR COMED
ACCT#: 5658403014
P.O. BOX 369008
COLUMBUS, OH 43236


PORTFOLIO RECOVERY
ACCT# 43614523000672381
P.O. BOX 12914
NORFOLK, VA


PALOMAR ASSOCIATES
ACCT# 3080D537
5620 PASEO DEL NORTE
CARLSBAD, CA 92008


E-COMMERCE EXCHANGE
ACCT#: 3080D537
5620 PASEO DEL NORTE
CARLSBAD, CA 92008


THE MONEY COMPANY
AACT#: MH016556-00
7204 MADISON STREET
FOREST PARK, ILL 60130


NICOR GAS
ACCT#: 21-09-18-57561
P.O. BOX 310
AURORA,IL 60507

SCHEDULE OF CREDITORS

BIRTS, TAMIKA SS#: 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                          PAGE 6 OF 9

PARAGON WAY INC.
ACCT# 6471628
P.O. BOX 42829
AUSTIN, TX 78704


FRIEDMAN & WEXLER LLC
ACCT#: 72408293
500 W MADISON STREET
CHICAGO, ILL 60661


COMCAST
ACCT#: PD002-56731-23320001
P.O. BOX 3002
SOUTHEASTERN,PA 19398


THE PAYDAY LOAN STORE
ACCT#: PD002-56731-23320002
1900 E ROOSEVELT RD
BROADVIEW, IL 60153


WESTBURY VENTURES
ACCT# 385635
WILMINGTON, DE


BLATT HASENMILLER, LEIBSKER & MOORE
ACCT# 5178052190571956
P.O. BOX 5463
CHICAGO, ILL 60680


CAPITOL ONE BANK
C/O BLATT HASENMILLER, LEIBSKER & MOORE
P.O. BOX 5463
CHICAGO, ILL 60680

SCHEDULE OF CREDITORS

BIRTS, TAMIKA SS#: 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                                    PAGE 7 OF 9

HSBC NV
ACCT# 5440450072774932
PO BOX 19360
PORTLAND, OR 97280


CITI FINANCIAL
ACCT#: 1091-1
2827 S HARLEM
BERWYN, ILL 60402


CITIWIDE CASH ADVANCE
ACCT#: 1005-1
7756 MADISON
RIVER FOREST, IL  60305


ARROW
ACCT# 8322386103
5996 W TOUHY AVE
NILES, ILL  60714


CHARTER ONE BANK
ACCT#:  8322386103
5996 W TOUHY AVE
NILES, IL 60714


NCO FIN
ACCT#: 11163621
507 PRUDENTIAL RD
HORSHAM, PA 19044


PROFESSNL ACCT MGT IN
ACCT#:  5677817
2040 W WISCONSIN
MILWAUKEE, WI  53233

SCHEDULE OF CREDITORS

BIRTS, TAMIKA SS#: 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                                    PAGE 8 OF 9

CITIBANK
ACCT# 4710443898
PO BOX 6003
HAGERSTOWN, MD 21747


WASHMTL/PROVIDIAN
ACCT# 43614523000672381
PO BOX 660509
DALLAS, TX 75266


COOK COUNTY 1ST MUNICIPAL COURT
DOCKET # 200010683
C/O NATIONAL LOUIS UNIVERSITY
RICHARD J. DALEY CENTER
CHICAGO, IL 60602


CAPITAL ONE BANK
ACCT# 5178052190571956
PO BOX 85049
RICHMOND, VA 23286


CAPITAL ONE BANK
ACCT# 5291152029045842
PO BOX 85049
RICHMOND, VA 23286


CAVALRY PORTFOLIO SERVICES
ACCT# 10659634
7 SKYLINE DR
HAWTHORNE, NY 10532


COMED
ACCT# 56584003014
PO BOX 87522
CHICAGO, IL 60680

**SCHEDULE OF CREDITORS**

**BIRTS, TAMIKA SS#: 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**                    **PAGE 9 OF 9**


HARVARD COLLECTIONS
ACCT# 10011256
4839 N ELSTON
CHICAGO, IL 60630


AMERICASH LOANS
ACCT# 336782902
1117 1ST AVE
MAYWOOD, IL 60153


PLAINS COMMERCE BANK
ACCT#: 4185340103873401
P.O. BOX 5511
SIOUX FALLS, SD  57117


CHASE RECEIVABLES
ACCT# 02195099
1247 BROADWAY
SONOMA, CA 95476